IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| ALAN E. MASCORD | ) | |
| and DONNA R. MASCORD, | ) | |
| | ) | |
| Plaintiffs, | ) | TC-MD 140046D |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL** |

This matter is before the court on Defendant's Motion to Dismiss, filed March 19, 2014, requesting that the Complaint be dismissed.

A case management conference was held on Tuesday, April 8, 2014. Jeffry D. Schultz (Schultz), Certified Public Accountant, appeared on behalf of Plaintiffs. Aaron Snyder, Tax Auditor, appeared on behalf of Defendant. The parties and the court discussed Defendant's Motion to Dismiss. Schultz stated that he agrees Defendant has discretionary authority to reduce or waive penalties assessed to Plaintiffs and he will work with Defendant's designated representatives, seeking an opportunity to put forth the relevant facts in support of Plaintiffs' waiver request. The court advised the parties that it would grant Defendant's Motion to Dismiss. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

FINAL DECISION OF DISMISSAL  TC-MD 140046D                                                    1

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ____ day of April 2014.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on April 8, 2014.  The court filed and entered this document on April 8, 2014.*